IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WILLIAM JEROME FULTON § | |
| (Coryell County) § | |
| § | |
| V. § | W-23-CA-073-ADA |
| § | |
| EDDIE WILSON § | |

## ORDER OF DISMISSAL

On February 10, 2023, the Court ordered Plaintiff to file a more definite statement answering particular questions. The Court also dismissed Plaintiff's motion to proceed in forma pauperis because he failed to provide the Court with a certified six-month history of his inmate trust fund account. The Court ordered Plaintiff to submit either the filing fee of $402.00 or a properly supported and signed application to proceed in forma pauperis. Plaintiff had until March 13, 2023, to comply with the Court's orders. Plaintiff failed to respond and on March 20, 2023, the Court ordered Plaintiff to show cause why his case should not be dismissed. Plaintiff had until April 19, 2023, to comply with the Court's order. To date, Plaintiff has failed to respond to the order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders his case is dismissed for want of prosecution and for failure to obey an order of the Court.

2

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**

**SIGNED** on April 26, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE